IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERRY HILL CONSTRUCTION, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME ASSURANCE COMPANY ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. _____ |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Cherry Hill Construction, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Cherry Hill Construction, Inc. which have any outstanding securities in the hands of the public: Perini Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

CHERRY HILL CONSTRUCTION, INC.


By:    */s/ Joseph C. Kovars*
       Counsel

Joseph C. Kovars, DC No. 253211
Jay N. Bernstein
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD  21202-1643
(410) 685-1120 (telephone)
(410) 547-0699 (facsimile)

**Certificate of Service**

    I certify that a copy of the foregoing was served with the Complaint via private process server.

                                       /s/ *Joseph C. Kovars*
                                       Counsel

1899548